CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

JUN 2 2 2017

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| HOUSTON LENNIE VAUGHAN, | ) | Civil Action No. 7:17-cv-00198 |
|     Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By:    Glen E. Conrad |
| MICO DAVIS, et al, | ) | **Chief United States District Judge** |
|     Defendant(s). | ) | |

Houston Lennie Vaughan, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By order entered June 5, 2017, the court directed plaintiff to submit within 10 days from the date of the order a consent to withholding of fees form in order to complete an application to proceed in forma pauperis pursuant to 28 U.S.C.§ 1915(b). Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 21st day of June, 2017.

_____
Chief United States District Judge